AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| Garrison Redd<br><br>*Plaintiff(s)*<br>v.<br>226 Capital LLC<br>and<br>Paris Baguette America, Inc.<br><br>*Defendant(s)* | Civil Action No. 1:25-cv-07116 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

    See Attached Rider for Defendants Names and Addresses.

    A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

    Adam S. Hanski, Esq.
    Hanski Partners LLC
    85 Delancey Street,
    New York, NY 10002
    Email:ash@disabilityrightsny.com  Tel: 212.248.7400

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 08/28/2025

/S/ V. BRAHIMI

*Signature of Clerk or Deputy Clerk*

RIDER TO PROPOSED SUMMONS

The following is the name and service address of the defendants for the Proposed Summons:

1. 226 Capital LLC
   98 Cuttermill Road, Ste. 137
   Great Neck, NY 11021

2. Paris Baguette America, Inc.
   c/o Corporation Service Company
   80 State Street, Albany, NY 12207