UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                                          :
GARRISON REDD,                                            :
                                                          :
                                Plaintiff,                :
                                                          :
                -v-                                       :         25 Civ. 7116 (JPC)
                                                          :
226 CAPITAL LLC and PARIS BAGUETTE                        :         ORDER
AMERICA, INC.,                                            :
                                                          :
                                Defendants.               :
                                                          :
------------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

Plaintiff Garrison Redd purports to have served Defendant 226 Capital LLC on September 5, 2025. 226 Capital LLC's deadline to respond to the Complaint was therefore September 26, 2025. *See* Fed. R. Civ. P. 12(a)(1)(A)(i). That deadline has passed, and the docket does not reflect a response to the Complaint. Accordingly, the Court extends *sua sponte* 226 Capital LLC's deadline to respond to the Complaint until January 5, 2026.

Plaintiff is directed to mail copies of this Order by First Class Mail to any addresses belonging to 226 Capital LLC which are known to Plaintiff, and to file proof of service on the docket within two days of such service. Plaintiff should also send a copy of this Order to any email addresses that Plaintiff believes to belong to 226 Capital LLC. *Cf.* Dkt. 14 (explaining that "[i]n a renewed attempt to have 226 Capital appear in this matter, Plaintiff has transmitted copies of the Summons, Complaint, and Affirmation of Service (Dkt Nos. 4, 1, and 11) to an email address believed to belong to 226 Capital LLC").

SO ORDERED.

Dated: December 10, 2025
       New York, New York                    _____
                                                    JOHN P. CRONAN
                                             United States District Judge