UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------------X
                                                                      :
GARRISON REDD,                                                        :
                                                                      :
                            Plaintiff,                               :
                                                                      :
              -v-                                                     :        25 Civ. 7116 (JPC)
                                                                      :
226 CAPITAL LLC and PARIS BAGUETTE                                    :        ORDER
AMERICA, INC.,                                                       :
                                                                      :
                            Defendants.                              :
                                                                      :
----------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

On December 10, 2025, the Court extended *sua sponte* Defendant 226 Capital LLC's deadline to respond to the Complaint until January 5, 2026. Dkt. 16. That deadline has now passed, and the docket does not reflect a response to the Complaint. The Court further extends *sua sponte* 226 Capital LLC's deadline to respond to the Complaint until February 2, 2026. If 226 Capital LLC once again fails to respond to the Complaint by its deadline to do so, Plaintiff shall seek a Certificate of Default by February 9, 2026.

Plaintiff is directed to serve a copy of this Order by First Class Mail to the addresses at which 226 Capital LLC was served the Court's December 10, 2025 Order, and to file proof of service on the docket within two days of such service.

SO ORDERED.

Dated: January 7, 2026
       New York, New York
                                                    _____
                                                          JOHN P. CRONAN
                                                      United States District Judge