UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------X

GARRISON REDD,

Plaintiff,

-v-

226 CAPITAL LLC and PARIS BAGUETTE AMERICA, INC.,

Defendants.

---------------------------------------------------------------------X

25 Civ. 7116 (JPC)

ORDER

JOHN P. CRONAN, United States District Judge:

On May 5, 2026, the Court referred this case for mediation to the Court-annexed Mediation Program. Dkt. 24. The Docket reflects that the mediation conference, scheduled for July 22, 2026, was not held. Accordingly, no later than September 14, 2026, the parties shall submit a joint letter to the Court describing the status of mediation, including identifying the reason that the July 22, 2026, mediation conference was not held.

SO ORDERED.

Dated: September 11, 2026
New York, New York

JOHN P. CRONAN
United States District Judge